UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSBORN METALS LIMITED,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>YELLOW TRANSPORTATION, INC.,  )<br>  )<br>   Defendant.  ) | Civil Action No. 07-cv-9610 (WHP)(KNF) |

**DISCLOSURE STATEMENT OF YELLOW TRANSPORTATION, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Yellow Transportation, Inc. states that it is a wholly-owned subsidiary of the publicly held corporation YRC Worldwide, Inc.

Respectfully submitted,

NOWELL AMOROSO KLEIN BIERMAN, P.A.

_S/ William D. Bierman_
William D. Bierman
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:   (201) 343-5001
Facsimile:    (201) 343-5181
E-mail: wbierman@nakblaw.com
*Attorneys for Yellow Transportation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served via United States mail, postage prepaid, this 6th day of November, 2007, upon:

Thomas E. Willoughby
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
Telephone: (212) 669-0600
*Attorney for Plaintiff*
*Osborn Metals Limited*

_S/ William D. Bierman_
William D. Bierman