UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

OSBORN METALS LIMITED,

        Plaintiff,

        -against-

YELLOW TRANSPORTATION, INC.,

        Defendant.
------------------------------X

07 Civ. 9610 (WHP)

SCHEDULING ORDER No. 1

WILLIAM H. PAULEY III, District Judge:

    Counsel for the parties having appeared for a conference on February 1, 2008, the following schedule is established on consent:

    (1) Plaintiff shall serve and file an amended complaint by February 8, 2008;

    (2) Discovery shall be completed by May 30, 2008;

    (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by June 30, 2008; and

    (4) This Court will hold a final pre-trial conference on July 18, 2008 at 10:00 a.m.

Dated: February 4, 2008
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

-1-

*Counsel of record:*

Thomas E. Willoughby, Esq.
Hill Rivkins & Hayden LLP
45 Broadway
Suite 1500
New York, NY 10006-3739
*Counsel for Plaintiff*

William David Bierman, Esq.
Rick Steinberg, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, NJ 07601
*Counsel for Defendant*