Thomas E. Willoughby
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSBORN METALS LIMITED,

        Plaintiff,

- against -

YELLOW TRANSPORTATION, INC.,

        Defendant.
------------------------------------------------------------X

Index No.
07 Civ. 9610(WHP)

**STIPULATION OF
DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, that the above-entitled action having been settled, that it be and the same hereby is dismissed with prejudice, but without cost to any party subject to being re-opened within sixty (60) days after dismissal, should settlement funds not be received.

Dated: July 11, 2008

*The Clerk of Court is directed to mark this case closed.*

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

By: _____
Thomas E. Willoughby
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

SO ORDERED:

_____
WILLIAM H. PAULEY III, U.S.D.J.
7/21/2008

                    NOWELL AMOROSO KLEIN BIERMAN, P.A.
                    Attorneys for Defendant

By: _____
     William D. Bierman
     155 Polifly Road
     Hackensack, New Jersey 07601
     (201) 343-5001

SO ORDERED:


_____
WILLIAM H. PAULEY III,
United States District Judge